UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALANJE PHEA,<br><br>                    Petitioner,<br><br>          v.<br><br>CHRISTIAN PFEIFFER, Warden,<br><br>                    Respondent. | No. 2:20-cv-00283 WBS GGH P<br><br><br>ORDER |

Petitioner has filed a third amended habeas petition. ECF No. 38. Petitioner has neither requested leave of court to file the amended petition nor has respondent consented to its filing. See Fed. R. Civ. Proc. 15(a)(2). The third amended habeas petition is unauthorized and is thereby stricken. This action continues to proceed on petitioner's second amended petition. The undersigned will grant petitioner supplemental time to file his Traverse in light of petitioner's filing. Accordingly, petitioner's Traverse is due no later than thirty days from the date of this order.

IT IS HEREBY ORDERED.

Dated: November 13, 2020

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE