UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALANJE PHEA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>CHRISTIAN PFEIFFER, Warden,<br><br>　　　　Respondent. | No.  2:20-cv-0283 WBS KJN P<br><br><br>ORDER |

　　　Petitioner is a state prisoner, proceeding pro se, with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On December 27, 2021, petitioner filed a motion to vacate judgment and to reopen this case.  (ECF No. 82.)  However, final judgment has not yet been entered.  Therefore, petitioner's motion is premature and is denied without prejudice.  (<u>See</u> ECF No. 74 at 2:8-11.)

　　　Accordingly, IT IS HEREBY ORDERED that petitioner's motion (ECF No. 82) is denied without prejudice.

Dated:  January 24, 2022

/phea0283.pre

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1